CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2006

JOHN F. CORCORAN, CLERK
BY: /s/ S. Taylor
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER DEAN HUBBARD, ) | |
|     Plaintiff, ) | Civil Action No. 7:06CV00679 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BARRY L. KANODE, WARDEN, et al., ) | By Hon. Glen E. Conrad |
|     Defendants. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 30th day of November, 2006.

/s/ Glen E. Conrad
United States District Judge